USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

October 24, 2007

*10/24/07*
*Matter scheduled for Arraignment on 11/6/07 at 9:30 am. Time Excluded through 11/6 in the interest of Justice*
*McM*

By Fax

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: **United States v. Smith and Taylor**
07 Cr. 972

Dear Judge McMahon:

On Thursday, October 18, 2007, a Grand Jury sitting in this District returned the above-referenced indictment, which charges the defendants in two counts with conspiring to distribute over fifty grams of crack and with distributing over fifty grams of crack. A copy of the Indictment is attached. The Government writes to request that the Court set a date and time convenient to the Court for the arraignment and initial conference, and to request that the time between today and the conference date be excluded from the Speedy Trial clock to permit the Government to make discovery and to permit the parties to discuss a possible resolution of the case. The Government respectfully submits that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jeffrey A. Brown
Assistant United States Attorney
(212) 637-1110

cc: Ira London, Esq.
Harold Levy, Esq.