LAW OFFICES OF

# Murray Richman

2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 · Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

## MEMO ENDORSED

December 13, 2007

*[handwritten notes]* 12/18/07 Both defendants Adjourned to 1-14-08 @ 9:30. Time Excluded. CM

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

VIA FACSIMILE: (212) 805-6326

Re: *United States v. Smith and Taylor*
*07 Cr.972 (CM)*

Dear Judge McMahon:

This letter is submitted to respectfully request an adjournment in the above-referenced matter which is scheduled for December 14, 2007 for a conference. Due to current weather conditions as well as the expected weather conditions for tomorrow, I have concerns about my ability to travel to court as I reside in Rockland County and heavy snow has already begun to accumulate in that area.

My office has contacted AUSA Jeff Brown and he has indicated that he would not oppose the requested adjournment.

I most respectfully request an adjournment that is convenient to the court. I apologize for the short notice and thank the Court for its consideration.

Furthermore, I consent to the exclusion of time under Speedy Trial Act, 18 U.S.C. 3161.

Respectfully submitted,

Murray Richman, Esq.

MR/gk
Cc: AUSA Jeff Brown
VIA FACSIMILE: (212) 637-2390

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

L A W   O F F I C E S   O F
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

## FACSIMILE TRANSMITTAL SHEET

Please deliver the following page(s) to:

Name: **Honorable Colleen Menahun**

Firm: **US District Court**

Telecopier: **(212) 805-6326**

From: **Murray Richman** Esq./

Total number of pages including cover letter: **2**

Date: **12/13/07**          Time: **1:02 pm**

If you do not receive all of the pages, please call back as soon as possible **(718) 892-8588**

Message: -

### Confidentiality Notice

This facsimile transmission sheet and any accompanying documents contain information that is intended only for the use of the individual or entity to whom it is addressed and may contain information that is legally privileged, confidential or otherwise exempt from disclosure under applicable laws. If the reader of this message is not the recipient, any disclosure, dissemination, distribution, copying, or other use or retention of this communication or its substance is prohibited. If you have received this communication in error. Please notify this office by telephone to arrange the destruction of the communication or its return to us at our expense. Thank you