

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2008

**MEMO ENDORSED**

3/7/08
Matter adj to 4/3/08 at 9:30 AM. Time is excluded through 4/3/08.

By Fax

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:   **United States v. Darrell Taylor**
      07 Cr. 972

Dear Judge McMahon:

      On Monday, March 3, 2008, the Government was not able to attend a scheduled pretrial conference in this case, for which the undersigned again apologizes. In consultation with Your Deputy Clerk, we have re-set the conference for April 3, 2008, at 9:30. The Government writes, with the consent of defendant Taylor, to request that the time between today and the conference date be excluded from the Speedy Trial clock to permit the parties to continue discussions of a possible resolution of the case. The Government respectfully submits that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jeffrey A. Brown
Assistant United States Attorney
(212) 637-1110

cc (by fax):   Murray Richman, Esq.