U.S. Department of Justice



United States Attorney
Southern District of New York

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 2, 2008

4/2/08
Matter Adj to 4/30/08
at 9:45 am. Time is
Excluded through 4/30/08

By Fax

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:   **United States v. Smith and Taylor**
      07 Cr. 972

Dear Judge McMahon:

The Government writes, with the consent of defendant Taylor, and in consultation with Your Honor's Deputy Clerk, to adjourn the pretrial conference currently scheduled for tomorrow at 9:45. While counsel for Mr. Taylor and counsel for the Government have discussed on numerous occasions a disposition in the case, we have not been able to meet. Both counsel are currently engaged in trials, and request an adjournment of the conference to April 30, 2008 at 9:45 a.m. to permit those trials to be completed and to permit the parties to meet to discuss the details of a disposition. Should we reach an agreement, we will schedule the plea before the duty magistrate.

The Government requests that the time between today and the new conference date be excluded from the Speedy Trial clock to permit the parties to continue discussions of a possible resolution of the case. The Government respectfully submits that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jeffrey A. Brown
Assistant United States Attorney
(212) 637-1110

cc (by fax):   Murray Richman, Esq.

TOTAL P.001