LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

April 29, 2008

VIA FACSIMILE: (212) 805-6326

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Taylor
      07 Cr. 972

Dear Judge McMahon:

MEMO ENDORSED 4/29/08
Granted
Matter adj to 5/22/08
at 9:30 am. Time Excluded

The Defense writes, with the consent of AUSA Jeffrey A. Brown, and in consultation with Your Honor's Deputy Clerk, to adjourn the pretrial conference currently scheduled for tomorrow at 9:45 a.m. Both the Government and Counsel for the defense have been engaged on trial and have been unable to meet to discuss the details of a disposition. Mr. Richman's trial before Judge Rakoff concluded yesterday and the parties have agreed to meet late next week. The parties respectfully request an adjournment of the conference to May 22, 2008, at 9:30 a.m. Should we reach an agreement we will schedule the plea before the duty magistrate.

The Defense consents to the time between today and the new conference date be excluded from the Speedy Trial clock to permit the parties to continue discussions of a possible resolution of the case. The parties further agree and respectfully submit that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

Renée C. Hill, Esq.

cc:   AUSA Jeffrey A. Brown
      Via facsimile (212) 637-2390