USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/08

# MEMO ENDORSED

LAW OFFICES OF
## Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 - Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

June 25, 2008

*[Handwritten endorsement:]* MEMO Endorsement 6/25/08 Granted – adjourned to July 24, 2008 at 10:00 AM. Time Excluded.

VIA FACSIMILE: (212) 805-6326

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Darrell Taylor**
07 Cr. 972

Dear Judge McMahon:

I represent the defendant Darrell Taylor in the aforementioned matter, which is scheduled for a Pretrial Conference on Friday, June 27, 2008, at 9:30 A.M.

I respectfully submit this letter to request that the above matter be adjourned for at least one month, to a date convenient to the Court. I have communicated with AUSA Jeffrey A. Brown, who indicates no objection to this request.

Counsel on behalf of his client consents to the exclusion of time from the Speedy Trial clock to continue discussions of a possible resolution of the case. The parties further agree and respectfully submit that the ends of justice served by such continuance, outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

*Murray Richman*
MURRAY RICHMAN

MR/cs

cc: AUSA Jeffrey A. Brown
  Via Fax #: 212-637-2390