# LAW OFFICES OF
# Murray Richman

2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

July 21, 2008

**MEMO ENDORSED**

7/22/08
Matter Adj to 9/3/08 at 11:30 AM. Time Excluded in the interest of justice

*[Judge's signature]*

Via Facsimile (212) 805-6326

Honorable Coleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Darrell Taylor**
07 Cr. 972 (CM)

Dear Judge McMahon:

I represent the defendant Darrell Taylor in the aforementioned matter. The defendant is scheduled to be sentenced *[Pretrial Conference]* before your Honor on Thursday, July 24, 2008 at 10:00 a.m.

I am presently actively engaged on a rape trial in the matter of <u>The People of the State of New York v. Miguel Martinez</u>, Supreme Court, Bronx County, before the Honorable Margaret Clancy.

Therefore, I am most respectfully requesting the above mentioned sentencing be adjourned for 2 to 3 weeks. I have communicated with AUSA Jeffrey A. Brown, who indicates no objection to this request.

We apologize for any inconvenience to the court. Thank you, as always, for your courtesy and consideration.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

Respectfully submitted,

MURRAY RICHMAN, ESQ.

MR/rs
cc: AUSA Jeffrey A. Brown
via Facsimile # 212-637-2390

Glenn McGorty, AUSA
Fax 212-637-2387